DON'T COPY

(Rev. 4/97)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Christopher Davis
_____
Plaintiff

V.

Richard Kearney, Warden (S.C.I.)
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

0 6 - 4 2 1

CASE NUMBER:

BD scanned

FILED

JUL -5 2006

US DISTRICT COURT
DISTRICT OF DELAWARE

I, Christopher J. Davis declare that I am the (check appropriate box)

(Petitioner/Plaintiff/Movant)        Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.    Are you currently incarcerated?        (Yes)        No        (If "No" go to Question 2)

If "Yes" state the place of your incarceration Sussex Correctional Inst., DE

Are you employed at the institution?_NO_ Do you receive any payment from the institution?_NO_

Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. The ledger sheet is not required for cases filed pursuant to 28: USC §2254.

2.    Are you currently employed?        Yes        (No)

    a.    If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.    In the past twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | Yes | (No) |
| b. | Rent payments, interest or dividends | Yes | (No) |
| c. | Pensions, annuities or life insurance payments | Yes | (No) |
| d. | Disability or workers compensation payments | Yes | (No) |
| e. | Gifts or inheritances | Yes | (No) |
| f. | Any other sources | (Yes) | No |

If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

Small amounts from family to buy cosmetics

*DON'T COPY*

4.    Do you have a cash or checking or savings accounts?        Yes        No

If "Yes" state the total amount  $ _____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?                                    Yes        No

If "Yes" describe the property and state its value.

_____

6.    List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

A ; D
C   A!        -O
         A        -O  , } child Support
R:
    T      K

I declare under penalty of perjury that the above information is true and correct.

6/23/6
DATE                                SIGNATURE OF APPLICANT

# SEE ATTACHED
# SIX MONTH STATEMENT

Printed: 6/27/2006

## *Average Daily Balance For Pauper Filing*
### *For Days the Individual was in Residence at SCI from 12/1/2005 through 5/31/2006*

Page 1 of 4

**SBI: 00225275          NAME:     DAVIS, CHRISTOPHER J**



| Date | Balance |
|------|---------|
| 12/01/2005 | $6.32 |
| 12/02/2005 | $0.32 |
| 12/03/2005 | $0.32 |
| 12/04/2005 | $0.32 |
| 12/05/2005 | $0.32 |
| 12/06/2005 | $0.32 |
| 12/07/2005 | $0.32 |
| 12/08/2005 | $0.32 |
| 12/09/2005 | $0.32 |
| 12/10/2005 | $0.32 |
| 12/11/2005 | $0.32 |
| 12/12/2005 | $40.32 |
| 12/13/2005 | $40.32 |
| 12/14/2005 | $40.32 |
| 12/15/2005 | $40.32 |
| 12/16/2005 | $40.32 |
| 12/17/2005 | $40.32 |
| 12/18/2005 | $40.32 |
| 12/19/2005 | $3.56 |
| 12/20/2005 | $7.56 |
| 12/21/2005 | $7.56 |
| 12/22/2005 | $7.56 |
| 12/23/2005 | $57.56 |
| 12/24/2005 | $57.56 |
| 12/25/2005 | $57.56 |
| 12/26/2005 | $13.90 |
| 12/27/2005 | $13.90 |
| 12/28/2005 | $9.16 |
| 12/29/2005 | $9.16 |
| 12/30/2005 | $9.16 |
| 12/31/2005 | $9.16 |
| 01/01/2006 | $9.16 |
| 01/02/2006 | $9.16 |
| 01/03/2006 | $9.16 |
| 01/04/2006 | $0.00 |
| 01/05/2006 | $0.00 |
| 01/06/2006 | $0.00 |
| 01/07/2006 | $0.00 |
| 01/08/2006 | $0.00 |
| 01/09/2006 | $0.00 |
| 01/10/2006 | $0.00 |
| 01/11/2006 | $0.00 |
| 01/12/2006 | $0.00 |
| 01/13/2006 | $0.00 |
| 01/14/2006 | $0.00 |
| 01/15/2006 | $0.00 |
| 01/16/2006 | $0.00 |
| 01/17/2006 | $0.00 |

## Average Daily Balance For Pauper Filing

*For Days the Individual was in Residence at SCI from 12/1/2005 through 5/31/2006*

SBI: 00225275         NAME:    DAVIS, CHRISTOPHER J

| Date | Balance |
|------|---------|
| 01/18/2006 | $0.00 |
| 01/19/2006 | $0.00 |
| 01/20/2006 | $0.00 |
| 01/21/2006 | $0.00 |
| 01/22/2006 | $0.00 |
| 01/23/2006 | $0.00 |
| 01/24/2006 | $0.00 |
| 01/25/2006 | $0.00 |
| 01/26/2006 | $0.00 |
| 01/27/2006 | $0.00 |
| 01/28/2006 | $0.00 |
| 01/29/2006 | $0.00 |
| 01/30/2006 | $0.00 |
| 01/31/2006 | $0.00 |
| 02/01/2006 | $0.00 |
| 02/02/2006 | $40.00 |
| 02/03/2006 | $40.00 |
| 02/04/2006 | $40.00 |
| 02/05/2006 | $40.00 |
| 02/06/2006 | $12.96 |
| 02/07/2006 | $12.96 |
| 02/08/2006 | $12.96 |
| 02/09/2006 | $12.96 |
| 02/10/2006 | $12.96 |
| 02/11/2006 | $12.96 |
| 02/12/2006 | $12.96 |
| 02/13/2006 | $12.96 |
| 02/14/2006 | $12.96 |
| 02/15/2006 | $12.96 |
| 02/16/2006 | $12.96 |
| 02/17/2006 | $12.96 |
| 02/18/2006 | $12.96 |
| 02/19/2006 | $12.96 |
| 02/20/2006 | $12.96 |
| 02/21/2006 | $12.96 |
| 02/22/2006 | $12.96 |
| 02/23/2006 | $12.96 |
| 02/24/2006 | $12.96 |
| 02/25/2006 | $12.96 |
| 02/26/2006 | $12.96 |
| 02/27/2006 | $12.96 |
| 02/28/2006 | $2.01 |
| 03/01/2006 | $2.01 |
| 03/02/2006 | $2.01 |
| 03/03/2006 | $2.01 |
| 03/04/2006 | $2.01 |
| 03/05/2006 | $2.01 |
| 03/06/2006 | $2.01 |

Printed: 6/27/2006

## *Average Daily Balance For Pauper Filing*
### *For Days the Individual was in Residence at SCI from 12/1/2005 through 5/31/2006*

SBI: *00225275*          NAME:    *DAVIS, CHRISTOPHER J*

| Date | Balance |
|------|---------|
| 03/07/2006 | $2.01 |
| 03/08/2006 | $34.01 |
| 03/09/2006 | $34.01 |
| 03/10/2006 | $34.01 |
| 03/11/2006 | $34.01 |
| 03/12/2006 | $34.01 |
| 03/13/2006 | $9.68 |
| 03/14/2006 | $9.68 |
| 03/15/2006 | $9.68 |
| 03/16/2006 | $9.68 |
| 03/17/2006 | $9.68 |
| 03/18/2006 | $9.68 |
| 03/19/2006 | $9.68 |
| 03/20/2006 | $9.68 |
| 03/21/2006 | $9.68 |
| 03/22/2006 | $9.68 |
| 03/23/2006 | $9.68 |
| 03/24/2006 | $9.68 |
| 03/25/2006 | $9.68 |
| 03/26/2006 | $9.68 |
| 03/27/2006 | $9.68 |
| 03/28/2006 | $9.68 |
| 03/29/2006 | $6.45 |
| 03/30/2006 | $6.45 |
| 03/31/2006 | $6.45 |
| 04/01/2006 | $6.45 |
| 04/02/2006 | $6.45 |
| 04/03/2006 | $0.00 |
| 04/04/2006 | $0.00 |
| 04/05/2006 | $0.00 |
| 04/06/2006 | $0.00 |
| 04/07/2006 | $0.00 |
| 04/08/2006 | $0.00 |
| 04/09/2006 | $0.00 |
| 04/10/2006 | $0.00 |
| 04/11/2006 | $50.00 |
| 04/12/2006 | $50.00 |
| 04/13/2006 | $50.00 |
| 04/14/2006 | $50.00 |
| 04/15/2006 | $50.00 |
| 04/16/2006 | $50.00 |
| 04/17/2006 | $11.71 |
| 04/18/2006 | $11.71 |
| 04/19/2006 | $11.71 |
| 04/20/2006 | $11.71 |
| 04/21/2006 | $11.71 |
| 04/22/2006 | $11.71 |
| 04/23/2006 | $11.71 |

Printed: 6/27/2006    *Average Daily Balance For Pauper Filing*    Page 4 of 4
*For Days the Individual was in Residence at SCI from 12/1/2005 through 5/31/2006*

SBI: *00225275*        NAME:    *DAVIS, CHRISTOPHER J*

| Date | Balance |
|------|---------|
| 04/24/2006 | $11.71 |
| 04/25/2006 | $31.71 |
| 04/26/2006 | $29.61 |
| 04/27/2006 | $39.61 |
| 04/28/2006 | $39.61 |
| 04/29/2006 | $39.61 |
| 04/30/2006 | $39.61 |
| 05/01/2006 | $17.93 |
| 05/02/2006 | $17.93 |
| 05/03/2006 | $17.93 |
| 05/04/2006 | $17.93 |
| 05/05/2006 | $17.93 |
| 05/06/2006 | $17.93 |
| 05/07/2006 | $17.93 |
| 05/08/2006 | $17.93 |
| 05/09/2006 | $17.93 |
| 05/10/2006 | $17.93 |
| 05/11/2006 | $17.93 |
| 05/12/2006 | $67.93 |
| 05/13/2006 | $67.93 |
| 05/14/2006 | $67.93 |
| 05/15/2006 | $28.05 |
| 05/16/2006 | $14.05 |
| 05/17/2006 | $14.05 |
| 05/18/2006 | $14.05 |
| 05/19/2006 | $14.05 |
| 05/20/2006 | $14.05 |
| 05/21/2006 | $14.05 |
| 05/22/2006 | $14.05 |
| 05/23/2006 | $8.05 |
| 05/24/2006 | $8.05 |
| 05/25/2006 | $2.95 |
| 05/26/2006 | $52.95 |
| 05/27/2006 | $52.95 |
| 05/28/2006 | $52.95 |
| 05/29/2006 | $52.95 |
| 05/30/2006 | $52.95 |
| 05/31/2006 | $52.95 |

Summary for 'SBI' = 00225275 (182 detail records)        **Average Daily Balance:**    $15.82

# Prior Month -- Individual Statement

Date Printed:  6/27/2006                                                                                          Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.32 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location:    KEY D | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Misc | US DISTRICT COURT | 12/2/2005 | ($6.00) | $0.00 | $0.00 | $0.00 | $0.32 |
| Postage-Com | | 12/8/2005 | $0.00 | $0.00 | ($1.60) | $0.00 | $0.32 |
| Visit MO | D.MITCHELL | 12/12/2005 | $40.00 | $0.00 | $0.00 | $0.00 | $40.32 |
| Postage | | 12/12/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $40.32 |
| Copies | | 12/12/2005 | $0.00 | $0.00 | ($0.75) | $0.00 | $40.32 |
| Postage | | 12/15/2005 | $0.00 | $0.00 | ($0.40) | $0.00 | $40.32 |
| Commissary | | 12/19/2005 | ($36.76) | $0.00 | $0.00 | $0.00 | $3.56 |
| Reimburseme | MEDICAL CO PAY | 12/20/2005 | $4.00 | $0.00 | $0.00 | $0.00 | $7.56 |
| Payroll | | 12/22/2005 | $0.91 | $0.00 | $0.00 | $0.00 | $8.47 |
| Postage | | 12/22/2005 | $0.00 | $0.00 | ($0.68) | $0.00 | $8.47 |
| Payroll | CORRECTION | 12/22/2005 | ($0.91) | $0.00 | $0.00 | $0.00 | $7.56 |
| Postage | | 12/22/2005 | $0.00 | $0.00 | ($0.91) | $0.00 | $7.56 |
| Mail MO | BLANCHE BROWN | 12/23/2005 | $50.00 | $0.00 | $0.00 | $0.00 | $57.56 |
| Commissary | | 12/26/2005 | ($43.66) | $0.00 | $0.00 | $0.00 | $13.90 |
| Postage | | 12/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $13.50 |
| Copies | | 12/28/2005 | ($0.75) | $0.00 | $0.00 | $0.00 | $12.75 |
| Postage | | 12/28/2005 | ($0.40) | $0.00 | $0.00 | $0.00 | $12.35 |
| Postage-Com | | 12/28/2005 | ($1.60) | $0.00 | $0.00 | $0.00 | $10.75 |
| Postage | | 12/28/2005 | ($0.68) | $0.00 | $0.00 | $0.00 | $10.07 |
| Postage | | 12/28/2005 | ($0.91) | $0.00 | $0.00 | $0.00 | $9.16 |
| Postage | | 12/29/2005 | $0.00 | $0.00 | ($2.52) | $0.00 | $9.16 |

|  |  |  |  |  | Ending Mth Balance: | $9.16 |
|--|--|--|--|--|---------------------|-------|

# Prior Month -- Individual Statement

Date Printed: 6/27/2006                                                                Page 1 of 1

## For Month of January 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $9.16 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location: | KEY D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Pay-To | US DISTRICT COURT | 1/4/2006 | ($9.16) | $0.00 | $0.00 | $0.00 | $0.00 |
| Postage | | 1/12/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 1/12/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 1/12/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 1/20/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| Postage | | 1/20/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 6/27/2006                                                                 Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location: | KEY D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Mail MO | KATHLEEN DAVIS | 2/2/2006 | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 |
| Commissary | | 2/6/2006 | ($27.04) | $0.00 | $0.00 | $0.00 | $12.96 |
| Copies | | 2/16/2006 | $0.00 | $0.00 | ($3.00) | $0.00 | $12.96 |
| Postage | | 2/16/2006 | $0.00 | $0.00 | ($0.66) | $0.00 | $12.96 |
| Postage | | 2/16/2006 | $0.00 | $0.00 | ($0.66) | $0.00 | $12.96 |
| Copies | | 2/23/2006 | $0.00 | $0.00 | ($0.75) | $0.00 | $12.96 |
| Postage | | 2/23/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $12.96 |
| Postage | | 2/23/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $12.96 |
| Postage | | 2/23/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $12.96 |
| Postage | | 2/28/2006 | ($2.52) | $0.00 | $0.00 | $0.00 | $10.44 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $10.02 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $9.60 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $9.18 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $8.76 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $8.34 |
| Copies | | 2/28/2006 | ($0.75) | $0.00 | $0.00 | $0.00 | $7.59 |
| Copies | | 2/28/2006 | ($3.00) | $0.00 | $0.00 | $0.00 | $4.59 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $4.17 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $3.75 |
| Postage | | 2/28/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $3.33 |
| Postage | | 2/28/2006 | ($0.66) | $0.00 | $0.00 | $0.00 | $2.67 |
| Postage | | 2/28/2006 | ($0.66) | $0.00 | $0.00 | $0.00 | $2.01 |
| | | | | | Ending Mth Balance: | | $2.01 |

# Prior Month -- Individual Statement

Date Printed: 6/27/2006                                                                    Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.01 |
|---|---|---|---|---|---|---|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location: | KEY D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail MO | DAVIS HOUSEHOLD | 3/8/2006 | $40.00 | $0.00 | $0.00 | $0.00 | $42.01 |
| Postage-Com | | 3/8/2006 | $0.00 | $0.00 | ($1.68) | $0.00 | $42.01 |
| Misc | US DISTRICT COURT | 3/8/2006 | ($8.00) | $0.00 | $0.00 | $0.00 | $34.01 |
| Commissary | | 3/13/2006 | ($24.33) | $0.00 | $0.00 | $0.00 | $9.68 |
| Postage | | 3/27/2006 | $0.00 | $0.00 | ($0.71) | $0.00 | $9.68 |
| Postage | | 3/27/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $9.68 |
| Postage | | 3/27/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $9.68 |
| Postage | | 3/29/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $9.26 |
| Postage | | 3/29/2006 | ($0.71) | $0.00 | $0.00 | $0.00 | $8.55 |
| Postage | | 3/29/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $8.13 |
| Postage-Com | | 3/29/2006 | ($1.68) | $0.00 | $0.00 | $0.00 | $6.45 |

|  |  |  |  | Ending Mth Balance: | $6.45 |
|---|---|---|---|---|---|

# Prior Month -- Individual Statement

Date Printed: 6/27/2006                                                                 Page 1 of 1

## For Month of April 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.45 |
|---|---|---|---|---|---|---|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location: | KEY D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Misc | US DISTRICT COURT | 4/3/2006 | ($6.45) | $0.00 | $0.00 | $0.00 | $0.00 |
| Visit MO | GRANDMA BLANCHE | 4/11/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| Postage-Com | | 4/13/2006 | $0.00 | $0.00 | ($1.68) | $0.00 | $50.00 |
| Commissary | | 4/17/2006 | ($38.29) | $0.00 | $0.00 | $0.00 | $11.71 |
| Postage | | 4/20/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $11.71 |
| Visit MO | DANIELLE MITCHELL | 4/25/2006 | $20.00 | $0.00 | $0.00 | $0.00 | $31.71 |
| Postage-Com | | 4/26/2006 | ($1.68) | $0.00 | $0.00 | $0.00 | $30.03 |
| Postage | | 4/26/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $29.61 |
| Copies | | 4/27/2006 | $0.00 | $0.00 | ($1.00) | $0.00 | $29.61 |
| Postage | | 4/27/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $29.61 |
| Postage | | 4/27/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $29.61 |
| Mail MO | J JANIS | 4/27/2006 | $10.00 | $0.00 | $0.00 | $0.00 | $39.61 |
| | | | | | Ending Mth Balance: | | $39.61 |

# Prior Month -- Individual Statement

Date Printed: 6/27/2006                                                                 Page 1 of 1

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $39.61 |
|-----|-----------|-----------|----|--------|------------------|--------|
| 00225275 | DAVIS | CHRISTOPHER | J | | | |
| Current Location: | KEY D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|--------|------|------|------------------------------|--------------|------------------|--------------|---------|
| Commissary | | 5/1/2006 | ($21.68) | $0.00 | $0.00 | $0.00 | $17.93 |
| Mail MO | KATHLEEN DAVIS | 5/12/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $67.93 |
| Copies | | 5/15/2006 | $0.00 | $0.00 | ($1.25) | $0.00 | $67.93 |
| Copies | | 5/15/2006 | $0.00 | $0.00 | ($0.75) | $0.00 | $67.93 |
| Postage | | 5/15/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $67.93 |
| Postage | | 5/15/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $67.93 |
| Postage | | 5/15/2006 | $0.00 | $0.00 | ($0.42) | $0.00 | $67.93 |
| Commissary | | 5/15/2006 | ($39.88) | $0.00 | $0.00 | $0.00 | $28.05 |
| Misc | US COURT FILING FE | 5/16/2006 | ($14.00) | $0.00 | $0.00 | $0.00 | $14.05 |
| Medical | | 5/23/2006 | $0.00 | ($6.00) | $0.00 | $0.00 | $14.05 |
| Medical | | 5/23/2006 | ($6.00) | $0.00 | $0.00 | $0.00 | $8.05 |
| Copies | | 5/25/2006 | ($1.00) | $0.00 | $0.00 | $0.00 | $7.05 |
| Postage | | 5/25/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $6.63 |
| Postage | | 5/25/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $6.21 |
| Copies | | 5/25/2006 | ($1.25) | $0.00 | $0.00 | $0.00 | $4.96 |
| Copies | | 5/25/2006 | ($0.75) | $0.00 | $0.00 | $0.00 | $4.21 |
| Postage | | 5/25/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $3.79 |
| Postage | | 5/25/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $3.37 |
| Postage | | 5/25/2006 | ($0.42) | $0.00 | $0.00 | $0.00 | $2.95 |
| Mail MO | BLANCHE BROWN | 5/26/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $52.95 |

|  |  |  |  |  | Ending Mth Balance: | $52.95 |

## INMATE ACCOUNT STATEMENT

TO:    Inmate Name: _Davis_    _Christopher_ _J_
                        (Last)            (First)        (M.I.)

SBI Number: _225225_

Housing Unit: _KE7-D_

FR:    Inmate Account Technician

DA:

RE:    Summary Of Account

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

Attached is your account statement for the six month period of _12-01_ , _2005_
through _05-31_ , _2006_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this
period is $ _15.82_ .

Attachment

_Phyllis Redden_

Notary

**PHYLLIS REDDEN**
Notary Public, State of Delaware
My Commission Expires October 31, 2007