IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER J. DAVIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-421-JJF |
| | ) | |
| RICHARD KEARNEY, | ) | |
| Warden, and CARL C. | ) | |
| DANBERG, Attorney | ) | |
| General of the State | ) | |
| of Delaware, | ) | |
| | ) | |
| Respondents. | ) | |

**O R D E R**

WHEREAS, you have filed a form petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 and requested leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u> pursuant to 28 U.S.C. § 1915; and

WHEREAS, based on the information in your affidavit, your request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted; and

WHEREAS, the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2244, effectively precludes petitioners from filing a second or subsequent habeas petition except in the most unusual of circumstances; and

WHEREAS, the United States Court of Appeals for the Third Circuit has mandated that, before ruling on the merits of your petition, you must be given notice that the AEDPA applies to

your pending petition, see United States v. Miller, 197 F.3d 644 (3d Cir. 1999) and Mason v. Meyers, 208 F.3d 414 (3d Cir. 2000).

NOW, THEREFORE, IT IS ORDERED this 17 day of July, 2006, that, on or before AUGUST 26, 2006, you must file with the Court, the attached election form. Failure to timely return the completed election form will result in the Court's ruling on your pending petition as filed.

/s/ Joseph J. Farnan
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTOPHER J. DAVIS,          )
                               )
           Petitioner,         )
                               )
v.                             )   Civil Action No. 06-421-JJF
                               )
RICHARD KEARNEY,               )
Warden, and CARL C.            )
DANBERG, Attorney              )
General of the State           )
of Delaware,                   )
                               )
           Respondents.        )

**AEDPA ELECTION FORM**

1.  _____    I wish the Court to rule on my § 2254
                    petition as currently pending.  I realize
                    that the law does not allow me to file
                    successive or later petitions unless I
                    receive certification to do so from the
                    United States Court of Appeals for the
                    Third Circuit; therefore, this petition
                    will be my one opportunity to seek federal
                    habeas corpus relief.

2.  _____    I wish to amend my § 2254 petition to
                    include all the grounds I have.  I will
                    do so within thirty (30) days.  I realize
                    that the law does not allow me to file
                    successive or later petitions unless I
                    receive certification to do so from the
                    United States Court of Appeals for the
                    Third Circuit; therefore, this amended
                    all-inclusive petition will be my one
                    opportunity to seek federal habeas corpus
                    relief.

3.  _____    I wish to withdraw my § 2254 petition
                    without prejudice to file one all-inclusive



      petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief.  I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d).  <u>See</u> <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____  I am not seeking federal habeas corpus relief under § 2254.  I am instead seeking relief under _____.

_____
Petitioner