IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTOPHER J. DAVIS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>RICHARD KEARNEY, )<br>Warden, and CARL C. )<br>DANBERG, Attorney )<br>General of the State )<br>of Delaware, )<br>)<br>Respondents. ) | Civil Action No. 06-421-JJF |



**AEDPA ELECTION FORM**

1. ___X___  I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____  I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____  I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

                    petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____    I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_[signature]_
Petitioner

7/18/6

Christopher D——
I/M: 235375   BLDG: KE7-0
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390  JUL 21 06
PB2230370
19947

District Court
Lock Box 18
King St.
Wilmington DE
19801

U.S.M.S. X-RAY