7/19/6

My case in essence is appealing what the Delaware Supreme Court denied in my appeal to them for a Rule 61 motion.

My argument was presented to them. Do I need to submit this to the court?

Please advise me of my next step.

Thank you,

Christopher Poss

225275

06-421-JJF

I do not wish consent to the exercise of jurisdiction by a U.S. Magistrate Judge.



FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned