OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2006

TO: Christopher Joseph Davis
SBI# 225275
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

**RE:   Letter dated 7/19/06 Requesting Legal Advice; 06-421(JJF)**

Dear Mr. Davis:

The above referenced letter has been received by this office requesting assistance regarding appeals. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan