D.I. #_____

# CIVIL ACTION
# NUMBER:_____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 1.11 | |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | 17 2006 RODNEY SQ. WILM., DE 19801 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.36 | |

Sent To: WARDEN RICK KEARNEY
SUSSEX CORRECTIONAL INSTITUTE
Street, Apt. No.; or PO Box No.: BOX 500
City, State, ZIP+4: GEORGETOWN, DE 19947

06-421JJF

7005 1820 0004 3169 6725

PS Form 3800, June 2002        See Reverse for Instructions