**D.I. #** _____

# CIVIL ACTION NUMBER: _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.11 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.36 |

Postmark Here — RECEIVED AUG 1 2006 RODNEY ... DE 19801

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

06-421JJF

Article number: 7005 1820 0004 3169 6701

PS Form 3800, June 2002        See Reverse for Instructions