9/14/6

RE: CASE # 06-421-JJF
Christopher Davis
(225275)
23207 Dupont Highway
Georgetown, DE 19947

Dear Judge Farnin,

   It was my intention to file an opening brief in my motion for Habeus Corpus. Unfortunately I am being denied access to a law library so that I am unable to prepare one.

   Today marks six weeks that I have been writing officials in D.O.C. and requesting access. I have yet to receive any reply. This seems to be an unethical hinderance on the part of D.O.C..

   I would appreciate any suggestions or help from the court. I am in the Crest program at a level IV work release facility. By my understanding of the rules I won't be allowed to even apply for a treatment pass to visit a library for at least 3 more weeks without a direct ruling by D.O.C.

   Please help.

Thank You

Christopher Davis

FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD  9/18/06



WILMINGTON DE 197
15 SEP 2005 PM 1 T

Christopher Davis
(225075)
23207 Dupont Highway
Georgetown, DE 19947

U.S. District Court
Judge Farrin
Lock Box 18
King Street
Wilmington, DE 19801

