IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTOPHER J. DAVIS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-421-JJF |
| | : | |
| **RICHARD KEARNEY**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1. The petitioner, Christopher J. Davis, has applied for federal habeas relief, challenging his July 2005 conviction by guilty plea in Delaware Superior Court for his fourth driving under the influence, reckless burning, offensive touching and terroristic threatening. D.I. 2. Following a hearing, Davis was also found guilty of violating the terms of his probation. D.I. 2. By the terms of the Court's order, the answer is due to be filed on October 2, 2006.

2. Counsel has been, and continues to be, diligently working on numerous cases before this Court and the state courts. However, the workload for the Appeals Division attorneys is currently very substantial. In the past two weeks, counsel has filed two answering briefs in appeals before the state supreme court, in addition to two answers to habeas petitions and a motion to dismiss a habeas petition in federal district court. Counsel is doing her best to prioritize cases by date received. The Attorney General's Office will be conducting a two-day retreat at the end of the week,

at which attendance is required. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3.  Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4.  This is respondents' first request for an extension of time in this case.

5.  Respondents submit that an extension of time to and including November 6, 2006, in which to file an answer is reasonable. Respondents submit herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: September 27, 2006

## RULE 7.1.1 CERTIFICATION

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents

Date:  September 27, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed a motion for extension of time with attachment with the Clerk of Court using CM/ECF. I also hereby certify that on September 27, 2006, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

    Christopher Davis
    SBI No. 225275
    Sussex Correctional Institution
    P.O. Box 500
    Georgetown, DE 19947

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTOPHER J. DAVIS**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 06-421-JJF |
| | : |
| **RICHARD KEARNEY**, | : |
| Warden, and **CARL C. DANBERG**, | : |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

**ORDER**

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before November 6, 2006.

_____
United States District Judge