10/5/6

Civ. Act. No. 06-421-JJF
Christopher Davis v Richard Kearney, warden
RE: Reply to Defense' motion for extension of time

To the court:

Today I am in receipt of the Deputy Attorney General's request for extension of time.

Although I have empathy for counsel's case load, I must object to another month's extension. Counsel has had more than enough time to provide the court with the information it has requested.

A Federal habeas relief motion by all means should be given priority and addressed in a short period of time. It is nice to hear that the Attorney General's office had a two day retreat last week but those were two more days I spent in Jail awaiting their reply. Another month seems unreasonable to me.

06cv421 JJF
FILED
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank You
Christopher Davis
225275
23207 Dupont Hwy
Georgetown DE 19947

* Handwritten copy sent to Deputy Attorney General * 10/5/6



Christopher Davis
(285025)
23307 Dupont Highway
Georgetown DE 19947

District Court
Lock Box 18
King St.
Wilmington DE 19801

WILMINGTON DE 197
WILMINGTON DE 197
05 OCT 2006 PM
10 OCT 2006 PM 3 T