IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTOPHER J. DAVIS,** : <br> : <br> Petitioner, : <br> : <br> v. : <br> : <br> **RICHARD KEARNEY,** : <br> Warden, and **CARL C. DANBERG,** : <br> Attorney General for the State of Delaware, : <br> : <br> Respondents. : | Civ. Act. No. 06-421-JJF |

ORDER

This **8** day of **November**, 2006,

WHEREAS, respondents having requested an extension of time in which to file certified state court records, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that certified state court records shall be filed on or before December 1, 2006.

_____
United States District Judge