Motion for access to legal documentation and case law

RE: Christopher Davis v Richard Kearny                    11/14/6
Civ. Act. No. 06-421-JJF
~~Third Circuit No. 06 8593~~

FILED
NOV 16 2006
BP scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To the court:

   I am in receipt of the state's response to my petition
for writ of habeas corpus dated Nov. 6, 2006. As
this took over a week to reach me, please advise counsel
to send things to my address at S.C.C.C..
   I wish to be presented the opportunity to review the
case law and procedure that counsel has brought up in
their reply. I wish to be afforded the opportunity to
prepare an opening brief to the court and to reply to
the respondant's argument to the court. Unfortunately,
as I have informed the court and Deputy Attorney
General by previous letter, I have been denied access
to a law library since being transferred from S.C.I..
   In all fairness to D.O.C, they have no law library on
the premises. By their phase system, it took me almost
3 months until I was eligible to apply for an outside pass,
and in the month that I have been in the appropriate
phase, they have allowed me out to visit the library one time.
The beurocracy is slow and undependable. I need to be
afforded access to the appropriate information on a regular,
if not daily, basis. Thus I petition the court to direct
the officials at the Sussex County Work Release Center to
cease from hindering my access to the legal documentation I
need. Please issue a directive for them to allow me weekly
access to the local law library and daily access to the
Lexis Nexis on the computer at the Del. Tech. Library, as needed.

                                        Thank you
                                        Christopher Davis

# Certificate Of Service

I hereby certify that on November 14, 2006, I filed a motion for access to legal documentation and case law with the Clerk of Court via the U.S. Postal Service. I also hereby certify that on Nov. 14, 2006, I have mailed by U.S. Postal Service, the same document (hand copied) to:

    Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801

Thank You,

Christopher Davis
(225275)
23207 Dupont Highway
Georgetown, DE 19947



WILMINGTON DE 197

15 NOV 2006 PM 3 L

Christopher Davis
(22fors)
23207 Depont Highway
Georgetown, DE 19947

Office of the Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570