IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTOPHER J. DAVIS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-421-JJF |
| | : | |
| **RICHARD KEARNEY**, Warden, and **CARL C. DANBERG**, Attorney General for the State of Delaware, | : : : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a. Opening Brief (No. 597, 2005)

    b. State's Answering Brief & Appendix (No. 597, 2005)

    c. Appellant's Reply Brief (No. 597, 2005)

    d. Order (June 12, 2006) (No. 597, 2005).

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

November 21, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on November 21, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Christopher J. Davis
    SBI No. 225275
    Sussex Community Correction Center
    RD #1, Box 700
    Georgetown, DE 19947

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us