12/31/6

To the Court:

RE: Civil Action # 06-421-JJF
Motion for Habeus Corpus
Davis v Kearney and Danberg

Please enter into court documentation my new address and foreward any documents that may have been sent to my old address for the last month - month 1/2.

Christopher Davis (225275)
12606 Shell Mill Rd
Bishopville MD 21813

Ph 410-352-3904
Ph 410-463-0714



Thank You

Christopher Davis



**Return address:**
Christopher Davis
12606 Shell Mill Rd.
Bishopville MD 21813

**Postmark:** EASTON MD 216 — 02 JAN 2007 PM

**Addressee:**
Peter T. Dalleo, Clerk
U.S. District Court
For the District of DE
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington DE 19801-3570